## ORDER

PER CURIAM

**AND NOW,** this 6th day of July, 2017, the Petition for Allowance of Appeal is **DENIED.**

■

Bruce A. CASTEEL and Joy R. Casteel, individually and as Administrators of Carly A. Miller, Deceased

v.

Lonny TINKEY; George Lepley; John W. Benford and Shirley A. Benford, husband and wife; Shirjon Inc., t/d/b/a Laurel Mountain Inn; The Commonwealth of Pennsylvania; The Pennsylvania Department of Health; and The Pennsylvania Advisory Counsel on Civil Drug and Alcohol Abuse Bruce A. Casteel and Joy R. Casteel, individually and as Administrators of Carly A. Miller, Deceased

v.

Commonwealth of Pennsylvania Department of Corrections

Petition of: Bruce A. Casteel and Joy R. Casteel, individually and as Administrators of Carly A. Miller

No. 10 WAL 2017

Supreme Court of Pennsylvania.

July 6, 2017

## ORDER

PER CURIAM

**AND NOW,** this 6th day of July, 2017, the Petition for Allowance of Appeal is **DENIED.**

■

**COMMONWEALTH of Pennsylvania,**
**Respondent**

v.

**Robert FENNELL, Petitioner**

No. 4 WAL 2017

Supreme Court of Pennsylvania.

July 6, 2017

## ORDER

PER CURIAM

**AND NOW,** this 6th day of July, 2017, the Petition for Allowance of Appeal is **DENIED.**

■

**COMMONWEALTH of Pennsylvania,**
**Respondent**

v.

**Michael Jason STEVICK, Petitioner**

No. 107 WAL 2017

Supreme Court of Pennsylvania.

July 6, 2017